IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CHRISTOPHER JENKINS**                                                      **PETITIONER**
**ADC #166077**

**v.**                  **Case No. 5:18-cv-00246-KGB-PSH**

**WENDY KELLEY**
**Director, Arkansas Department of Correction**                   **RESPONDENT**

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, the Court dismisses petitioner Christopher Jenkins' petition and denies the requested relief.

So adjudged this the 16th day of February, 2021.

                                                                           Kristine G. Baker
                                                                           United States District Judge